IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-03293-CMA-CBS

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION, LOCAL NO. 7,

    Plaintiff,

v.

CULINAIRE, INC., a Colorado corporation,

    Defendant.

## ORDER FOR ADMINISTRATIVE CLOSURE

    This matter is before the Court on the parties' Joint Motion for Administrative Closure (Doc. # 14).  The Court having reviewed the Motion, and being otherwise advised, hereby ORDERS:

    1.    Pursuant to D.C.Colo.LCivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action.

    2.    If the parties wish to reopen this case, they shall file an appropriate mtoion to reopen this matter for good cause within 60 days from the date of this Order.  If no motion to reopen this case is filed <u>by close of business August 5, 2013</u>, this matter will be dismissed by the Court.

    DATED:  June   03  , 2013

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge