**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03293-CMA-CBS

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION, LOCAL NO. 7,

    Plaintiff,

v.

CULINAIRE, INC., a Colorado corporation,

    Defendant.

---

**ORDER OF DISMISSAL**

---

On June 3, 2013, this case was administratively closed by order of this Court for a period of sixty days (Doc. # 16), pursuant to the parties' Joint Motion for Administrative Closure (Doc. # 14). The parties further agreed that "should neither party move to reopen this case for good cause after sixty days," the case would be deemed dismissed. To date, nothing has been filed to reopen the matter and the sixty-day administrative closure expired on August 5, 2013. Therefore,

IT IS ORDERED that this case is DISMISSED.

DATED: August __06__, 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge